

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-25-00731-CV

———————————————

IN RE RAINTIGHT GENERAL CONTRACTING, LLC AND ALTRA DRY, INC.,
Relators

---

Original Proceeding
96th District Court of Tarrant County, Texas
Trial Court No. 096-338440-22

---

Before Birdwell, J.; Sudderth, C.J.; and Womack, J.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION**

The court has considered (1) relators' petition for writ of mandamus and motion for temporary relief and (2) the parties' joint motion to extend the time to file a response and reply to the petition and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus and motion for temporary relief, and the parties' joint motion to extend, are denied.

We lift our December 31, 2025 stay of all trial court proceedings.

Per Curiam

Delivered:  January 7, 2026